IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACINDA CORPORATION, a Nevada Corporation, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 00-993-JJF |
| DAIMLERCHRYSLER AG, a Federal Republic of Germany corporation; DAIMLER-BENZ AG, a Federal Republic of Germany corporation; JÜERGEN SCHREMPP, a citizen of the Federal Republic of Germany; and MANFRED GENTZ, a citizen of the Federal Republic of Germany, | : : : : : : : : : : |
| Defendants. | : |

**FINAL JUDGMENT ORDER**

At Wilmington, this 7 day of April 2005, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants, DaimlerChrysler AG, Daimler-Benz AG, Jüergen Schrempp, Manfred Gentz, and against Plaintiff, Tracinda Corporation, on Plaintiff's claims of common law fraud and violations of Sections 10(b), 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rules 10b-5 and 14a-9 of the rules promulgated thereunder.

                                                                   _/s/ Joseph J. Farnan_
                                                                   UNITED STATES DISTRICT JUDGE

                                                                   _/s/ Deborah A. Krett_
                                                                   (By) Deputy Clerk