IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRACINDA CORPORATION, a Nevada Corporation, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 00-993-JJF |
| DAIMLERCHRYSLER AG, a Federal Republic of Germany corporation; DAIMLER-BENZ AG, a Federal Republic of Germany corporation; JÜERGEN SCHREMPP, a citizen of the Federal Republic of Germany; and MANFRED GENTZ, a citizen of the Federal Republic of Germany, | : | CONSOLIDATED |
| Defendants. | : | |

**O R D E R**

At Wilmington, this 20 day of April 2005, for the reasons set forth in the Memorandum Opinion issued this date, and in accordance with the Order entered on March 31, 2005;

IT IS HEREBY ORDERED that Tracinda is awarded costs in the amount of $556,061.

_____
UNITED STATES DISTRICT JUDGE