IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: DAIMLER CHRYSLER AG SECURITIES LITIGATION | |
| TRACINDA CORPORATION, a Nevada Corporation, | On Appeal From: |
| | United States District Court<br>District of Delaware |
| Plaintiff, | Sat Below: |
| v. | The Honorable Joseph J. Farnan |
| DAIMLERCHRYSLER AG, A Federal Republic of Germany corporation, DAIMLER-BENZ AG, a Federal Republic of Germany corporation, JURGEN SCHREMPP, a citizen of the Federal Republic of German; MANFRED GENTZ, a citizen of the Federal Republic of Germany; HILMAR KOPPER, a citizen of the Federal Republic of Germany, | Civil Action No. 00-993-JJF<br><br>CONSOLIDATED ACTION |
| Defendants. | |

**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

OF COUNSEL:

Terry Christensen
Mark G. Krum
Eric P. Early
CHRISTENSEN, MILLER, FINK, JACOBS,
GLASER, WEIL & SHAPIRO, LLP
10250 Constellation Blvd., Nineteenth Floor
Los Angeles, CA 90067
(310) 553-3000

William G. McGuinness
Julie E. Kamps
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

MORRIS, NICHOLS, ARSHT & TUNNELL
Alan J. Stone (#2677)
Natalie J. Haskins (#4472)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiff Tracinda Corporation

April 28, 2005

TO DEFENDANTS AND THEIR RESPECTIVE COUNSEL OF RECORD:

Please take notice that Tracinda Corporation ("Tracinda") Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from each of the following:

1. The "Final Judgment Order" (D.I. 1097) filed and entered on April 7, 2005, by the Honorable Joseph J. Farnan, United States District Court Judge;

2. The "Order Granting Defendants' Motion to Strike Tracinda's Jury Demand" (D.I. 880) filed and entered on November 19, 2003, by the Honorable Joseph J. Farnan, United States District Court Judge; and

3. The "Order Granting Defendant Hilmar Kopper's Renewed Motion to Dismiss Plaintiffs' Complaint" (D.I. 576) filed and entered on March 6, 2003, by the Honorable Joseph J. Farnan, United States District Court Judge.

True and correct copies of the referenced orders are attached hereto as Exhibit "A."

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL

Alan J. Stone (#2677)
Natalie J. Haskins (#4472)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Plaintiff Tracinda Corporation

OF COUNSEL:

Terry Christensen
Mark G. Krum
Eric P. Early
CHRISTENSEN, MILLER, FINK, JACOBS,
  GLASER, WEIL & SHAPIRO, LLP
10250 Constellation Blvd., Nineteenth Floor
Los Angeles, CA 90067
(310) 553-3000

William G. McGuinness
Julie E. Kamps
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

April 28, 2005

462655