IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: DAIMLERCHRYSLER AG SECURITIES LITIGATION | : : Master File No. 00-993 (JJF) : : |

### LEAD PLAINTIFFS' MOTION TO CONDUCT A DISTRIBUTION OF THE NET SETTLEMENT FUND, AND FOR PAYMENT OF CERTAIN FEES AND DISBURSEMENTS

Pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiffs, Florida State Board of Administration, Policemen's Annuity and Benefit Fund of Chicago, Municipal Employees Annuity and Benefit Fund of Chicago, and Denver Employees Retirement Plan (collectively, the "Lead Plaintiffs"), by their undersigned attorneys, hereby move this Court to enter the accompanying order authorizing a distribution of the Net Settlement for the above-referenced Action, and approving Lead Counsel's application for reimbursement of certain fees and expenses incurred by the Garden City Group, Inc. ("GCG"). This motion is based on the accompanying Affidavit of Jack R. DiGiovanni, a Director of Securities and Operations of GCG, dated September 20, 2005. If approved, the order will, *inter alia*:

1) Direct distribution of all of the Net Settlement Fund to Claimants whose Proof of Claim have been accepted;

2) Authorize payment to The Garden City Group, Inc. of $431,633.17 from the Settlement Fund for fees and expenses incurred from November 1, 2004 through August 16, 2005 relating to the administration of the Settlement;

3)      Grant such other and further relief as this Court deems appropriate.

Dated: September 30, 2005

                            Respectfully submitted,

                            GRANT & EISENHOFER P.A.

                            _____
                            Jay W. Eisenhofer
                            Geoffrey C. Jarvis
                            James Banko
                            1201 N. Market Street
                            Chase Manhattan Centre
                            Wilmington, DE 19801
                            (302) 622-7000

                            Vincent R. Cappucci
                            Johnston de F. Whitman, Jr.
                            ENTWISTLE & CAPPUCCI LLP
                            299 Park Avenue, 14th Floor
                            New York, NY 10171
                            (212) 894-7200

                            Daniel L. Berger
                            Darnley D. Stewart
                            Rochelle Feder Hansen
                            BERSTEIN LITOWITZ BERGER
                            & FROSSMAN LLP
                            1285 Avenue of the Americas
                            New York, NY 10019
                            (212) 554-1400

                            -and-

                            Jeffrey W. Golan
                            Jeffrey A. Barrack
                            BARRACKS RODOS & BACINE
                            3300 Two Commerce Square
                            2001 Market Street
                            Philadelphia, PA 19103
                            (215) 963-0600