UN'ITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-2363

\* TRACINDA CORPORATION,

Appellant

v.

DAIMLERCHRYSLER AG, a Federal Republic of
Germany Corporation; DAIMLER-BENZ AG, a Federal Republic of Germany
Corporation; JURGEN SCHREMPP, a citizen of the Federal Republic of Germany;
MANFRED GENTZ, a citizen of the Federal Republic of Germany; HILMAR KOPPER,
a citizen of the Federal Republic of Germany

\* (Caption Amended as per the Clerk's 8/24/07 Order)

No. 05-2482

IN RE: DAIMLERCHRYSLER AG SECURITIES LITIGATION

DaimlerChrysler AG; Daimler-Benz AG,
Jurgen Schrempp, and Manfred Gentz,

Appellants

Appeal from the United States District Court
for the District of Delaware

(D.C. Nos. 00-cv-00993, 00-cv-00984, 00-cv-00995,

00-cv-00997, 00-cv-00999, 00-cv-01000, 00-cv-01001,
00-cv-01003, 00-cv-01008, 00-cv-01009, 00-cv-01010,
00-cv-01011, 00-cv-01022, 00-cv-01023, 00-cv-01025,
00-cv-01031, 00-cv-01033, 00-cv-01039, 00-cv-01042,
00-cv-01072, 01-cv-00004, 01-cv-00122, 01-cv-00128,
01-cv-00138, 01-cv-00638)
District Judge:  Honorable Joseph J. Farnan, Jr.

Argued on September 26, 2006

Before: RENDELL, CHAGARES and ROTH, Circuit Judges

## JUDGMENT

This case came to be heard on the record before the United States District Court for the District of Delaware and was argued on September 26, 2006.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court dated April 7, 2005, be and the same is hereby **affirmed.**  The orders of the District Court dated November 19, 2003 and April 20, 2005 are hereby **affirmed**.  The appeals taken from the orders of the District Court dated March 5, 2003 and June 25, 2003 are hereby **denied as moot.**

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: 18 September 2007

Nos. 05-2363 & 05-2482
In Re: Diamler
Page 3



**Certified as a true copy and issued in lieu
of a formal mandate on** ___10 October 2007___

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**